# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: §
　　　　§ CASE NO. 5:18-bk-00676-RNO
FELICIA HERNANDEZ §
　　DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing LLC** | **Wells Fargo Bank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxx4785**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxx4785**

Court Claim # (if known): **2-1**
Amount of Claim: $97,872.27
Date Claim Filed: 3/20/2018

Phone:
Last Four Digits of Acct.#: **xxxx7758**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mukta Suri　　　　　　　　Date: 02/26/2019
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before February 27, 2019 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Felicia Hernandez
1343 Winding Way
Tobyhanna, PA 18466-3721

**Debtors' Attorney**
Patrick James Best
18 North 8th Street
Stroudsburg, PA 18360

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ Mukta Suri
Mukta Suri